# IN THE COURT OF APPEALS OF IOWA

No. 23-0842
Filed January 9, 2025

**SAMIR MUHAMEDAGIC,**
　　Plaintiff-Appellant,

**vs.**

**LEJLA SULJEVIC,**
　　Defendant-Appellee.
_____

　　Appeal from the Iowa District Court for Black Hawk County, Melissa Anderson-Seeber, Judge.

　　Samir Muhamedagic appeals the district court's order on his breach-of-contract action against Lejla Suljevic following the sale of a semi-truck. **AFFIRMED.**

　　Peter M. Sand, West Des Moines, for appellant.

　　Lejla Suljevic, Waterloo, self-represented appellee.

　　Considered by Chicchelly, P.J., Buller, J., and Mullins, S.J.*

　　*Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2025).

**MULLINS, Senior Judge.**

Samir Muhamedagic appeals the district court's order on his breach-of-contract action against Lejla Suljevic, which arose from the sale of a semi-truck.  Muhamedagic challenges the court's findings relating to his repossession of the truck after Suljevic breached the parties' contract.  Upon our review, we conclude the judgment of the district court is correct, no error of law appears, the questions presented are not of sufficient importance to justify an opinion, and an opinion would not have precedential value.  Accordingly, we affirm without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203.

**AFFIRMED.**